NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIS OF FLORIDA, INC.          )
and COMERICA BANK,               )
                                 )
          Petitioners,           )
                                 )
v.                               )          Case No.  2D19-140
                                 )
JAMES WM. KNOWLES, as            )
personal representative of the   )
Estate of Tammy A. Parrott,      )
deceased, and Valerie A. Crow,   )
                                 )
          Respondents.           )
_____)

Opinion filed October 2, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Sarasota County;
Hunter W. Carroll, Judge.

Laura Besvinick and Julie Nevins of
Stroock & Stroock & Lavan, LLP,
Miami, for Petitioner Willis of Florida.

Robert G. Lyons of Icard, Merrill, Cullis,
Timm, Furen & Ginsberg, P.A.,
Sarasota, for Petitioner Comerica Bank.

Derek A. Reams of McCue Reams &
Associates, Bradenton, for Respondents.


PER CURIAM.


          Dismissed.


BLACK, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.